# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | VWR International | 11/30/2022 | Wire | $ 18,575.03 |
| Akorn Operating Company, LLC | VWR International | 12/9/2022 | Wire | $ 12,369.68 |
| Akorn Operating Company, LLC | VWR International | 1/6/2023 | Wire | $ 87,539.50 |
| Akorn Operating Company, LLC | VWR International | 1/13/2023 | Wire | $ 9,085.05 |
| Akorn Operating Company, LLC | VWR International | 1/27/2023 | Wire | $ 49,984.75 |
| Akorn Operating Company, LLC | VWR International | 2/1/2023 | Wire | $ 1,906.15 |
| Akorn Operating Company, LLC | VWR International | 2/8/2023 | Wire | $ 5,306.08 |
| Akorn Operating Company, LLC | VWR International | 2/14/2023 | Wire | $ 9,074.48 |
| | | | | $ 193,840.72 |