# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AKORN HOLDING COMPANY, *et al.*,[1] | : | Case No. 23-10253 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 25-50217 (KBO) |
| | : | |
| VWR INTERNATIONAL, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF CORPORATE OWNERSHIP
## PURSUANT TO BANKRUPTCY RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned counsel to defendant VWR International, LLC hereby certifies that VWR Funding, Inc. owns 10% or more of VWR International, LLC's equity interests.

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

DMS_US.372040455.3

Dated: July 21, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr. (DE 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Joseph.Argentina@faegredrinker.com

*Attorneys for Defendant VWR International, LLC*

DMS_US.372040455.3

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of July 2025, I caused a true and correct copy of the foregoing document to be served upon the party listed below in the manner indicated:

Via CM/ECF and Email to:

SAUL EWING LLP
Evan T. Miller, Esq.
Email: evan.miller@saul.com

*Counsel to Plaintiff*

| | |
|---|---|
| Dated: July 21, 2025 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Joseph N. Argentina, Jr.* |
| | Joseph N. Argentina, Jr. (DE 5453) |
| | 222 Delaware Avenue, Suite 1410 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 467-4200 |
| | Facsimile:  (302) 467-4201 |
| | |
| | *Attorneys for Defendant VWR International, LLC* |