**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AKORN HOLDING COMPANY, *et al.*,[1] | : | Case No. 23-10253 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 25-50217 (KBO) |
| | : | |
| VWR INTERNATIONAL, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**NOTICE OF SERVICE OF VWR INTERNATIONAL'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES FOR CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that, on July 21, 2025, VWR International, LLC, by and

through its undersigned counsel, caused true and correct copies of VWR International's Initial

Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules for Civil Procedure to be served upon

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

the below counsel of record via electronic mail:

> Evan T. Miller
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> Wilmington, DE 19801
> evan.miller@saul.com

Dated: July 21, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/  Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr. (DE 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201
Joseph.Argentina@faegredrinker.com

*Attorneys for Defendant VWR International, LLC*