**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AKORN HOLDING COMPANY, *et al.*,[1] | : | Case No. 23-10253 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 25-50217 (KBO) |
| | : | |
| VWR INTERNATIONAL, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that, on July 24, 2025, VWR International, LLC, by and through its undersigned counsel, caused true and correct copies of *Defendant's First Set of Requests for Admissions, Interrogatories, and Requests for Production of Documents Directed to Plaintiff* to be served upon the below counsel of record via electronic mail:

> Evan T. Miller
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> Wilmington, DE 19801
> evan.miller@saul.com

---

[1]  The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated: July 24, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr. (DE 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Joseph.Argentina@faegredrinker.com

*Attorneys for Defendant VWR International, LLC*