**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VWR INTERNATIONAL,<br><br>Defendant. | Adv. Proc. No. 25-50217 (KBO)<br><br>**Re: Adv. D.I. 3, 5, & 10** |

**STIPULATION REGARDING DISCOVERY RESPONSE DEADLINE**

WHEREAS, on April 22, 2025, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC ("Plaintiff") issued the *Summons and Notice of Pretrial Conference* ("Summons") [D.I. 3] in the above-captioned adversary proceeding on Defendant VWR International ("Defendant" and, together with Plaintiff, the "Parties");

WHEREAS, on June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff* (the "Procedures Order") [D.I. 5] which, among other things,

---

[1]    The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

extended Defendant's deadline to answer, move or otherwise respond to the Complaint to ninety

days after the issuance of the Summons and also extended the Parties' deadline to respond to

interrogatories, document production, and requests for admissions to sixty (60) days after service.

WHEREAS, on July 21, 2025, the Defendant filed its Answer and Affirmative Defenses

To Complaint For Avoidance And Recovery Of Transfers Pursuant To 11 U.S.C. §§ 547, 548, &

550 And To Disallow Claims Pursuant To 11 U.S.C. § 502 [D. I. 10].

WHEREAS, on July 24, 2025, the Defendant served its First Set of Requests for

Admissions, Interrogatories, and Requests for Production of Documents on the Plaintiff (the

"Defendant's Discovery").

WHEREAS, on July 28, 2025, the Plaintiff served his First Set of Interrogatories, Request

for Production of Documents and Request for Admissions on the Defendant (the "Plaintiff's

Discovery").

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1.      The above recitals are true and correct and are incorporated by reference.

2.      Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby

stipulate that the Defendant's Discovery and the Plaintiff's Discovery response deadlines are

further extended by an additional thirty (30) days.


Dated: September 19, 2025

| **SAUL EWING LLP** | **FAEGRE, DRINKER BIDDLE & REATH, LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Joseph N. Argentina, Jr.* |
| Evan T. Miller (DE Bar No. 5364) | Joseph N. Argentina, Jr. |
| Paige N. Topper (DE Bar No. 6470) | 222 Delaware Ave., Ste. 1410 |
| 1201 N. Market Street, Suite 2300 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | Telephone: (302) 467-4226 |
| Telephone: (302) 421-6800 | |

-3-

evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

joseph.argentina@faegredrinker.com

*Counsel for Defendant*